B 2100B (Form 2100B) (12/15)

# UNITED STATES BANKRUPTCY COURT

Nothern District of Illinois
DU PAGE

**In re: NICOLETTE M DONOFRIO,**                                   **Case No. 16-35723**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 13-1 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1/7/2020 (date).

| Name of Alleged Transferor: | Name of Transferee: |
|---|---|
| JPMorgan Chase Bank, National Association | Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F |
| Address of Alleged Transferor: | Address of Transferee: |
| 700 Kansas Lane Monroe, LA 71203 | Carrington Mortgage Services LLC 1600 S. Douglass Rd. Anaheim, CA 92806 |

## --DEADLINE TO OBJECT TO TRANSFER—

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                   _____

**CLERK OF COURT**

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Nothern District of Illinois
### DU PAGE

**In re: NICOLETTE M DONOFRIO,**　　　　　　　　　　Case No. 16-35723

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee: Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F | Name of Transferor: JPMorgan Chase Bank, National Association |
| Name and Address where notices to Transferee should be sent:<br><br>Carrington Mortgage Services LLC 1600 S. Douglass Rd.<br>Anaheim, CA 92806 | Court Claim # (if known): 13-1<br><br>Amount of Claim: $108387.7<br>Date Claim Filed: 3/2/2017 |
| Phone: 800.561.4567<br>Last Four Digits of Acct #: 5421 | Phone: 1-866-243-5851<br>Last Four Digits of Acct #: 4118 |
| Name and Address where Transferee payments should be sent (if different from above):<br><br>Carrington Mortgage Services LLC P.O. BOX 3730<br>Anaheim, CA 92806 | |
| Phone: 800.561.4567<br>Last Four Digits of Acct #: 5421 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Diane Tran　　　　　　　　　　　　　　　　　　　　　　　Date: 1/7/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**Nothern District of Illinois**
**DU PAGE**

*In Re:*                                                             Case No. 16-35723
**NICOLETTE M DONOFRIO,**
       **Debtor(s)**

                                                                  **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on 1/7/2020, a true and correct copy of the foregoing Transfer of Claim was served upon all interested parties pursuant to the Court's CM/ECF system.

                                                              By: /s/Diane Tran
                                                              Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F C/O Carrington Mortgage Services, LLC 701 Highlander Blvd, Ste 200 Arlington, TX 76015 817-840-6752

<u>Debtor through the debtor's attorney of record</u>
NICOLETTE M DONOFRIO,
8333 CAPTONS LANE
DARIEN, IL 60561

<u>Trustee</u>
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

<u>Debtor's Counsel</u>
Christine H Clar
David M Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

<u>U.S. Trustee (if applicable)</u>
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604