NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Nicolette M. Donofrio
8333 Captons Lane,
Apt. #202
Darien, IL 60561
SSN: xxx–xx–1244 EIN: N.A.

Case No. : 16–35723
Chapter : 13
Judge : Janet S. Baer

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : JPMorgan Chase Bank, National Association


Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to WILMINGTON SAVINGS, CARRINGTON MTG SERV of your claim in the above matter, designated Claim No. 13 .  If no objections are filed by you on or before February 6, 2020 the Court shall substitute WILMINGTON SAVINGS, CARRINGTON MTG SERV in your place and stead as a claimant.  If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.


For the Court,


Dated: January 16, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court